160 So.2d 897

**Carlton CROOK**

**v.**

**STATE.**

**8 Div. 157.**

Supreme Court of Alabama.

Feb. 13, 1964.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Albert P. Brewer, Decatur, opposed.

LIVINGSTON, Chief Justice.

Further petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court after remandment, in Crook v. State, 160 So.2d 884.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.